FILED
CLERK, U.S. DISTRICT COURT
3/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PETER ESCALANTE HERNANDEZ,<br>Defendant. | CR No. 2:26-cr-00175-FLA<br>I N F O R M A T I O N<br>[18 U.S.C. § 1361: Attempted Depredation of Government Property]<br>[CLASS A MISDEMEANOR] |

The United States of America charges:

[18 U.S.C. § 1361]

On or about February 7, 2026, in Los Angeles County, within the Central District of California, defendant PETER ESCALANTE HERNANDEZ attempted to willfully injure and commit a depredation against property of the United States, namely, the walls and pavement of the

///

///

Roybal Federal Building and U.S. Courthouse located at 255 East Temple Street, Los Angeles, California 90012.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

AYLIN KUZUCAN
Assistant United States Attorney
General Crimes Section